# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**TERESSA JANETTE GALLEGOS, Individually and as**
**Personal Representative of the ESTATE OF**
**JOSEPH ORAN VAN WINKLE, Deceased;**
**and MARY ANN VAN WINKLE,**

      **Plaintiffs,**

**v.**                                                             **Cause No. 1:13-cv-01055-JB-KBM**

**MAUREEN WOOD, M.D.;**
**MEDICAL DOCTOR ASSOCIATES, LLC;**
**and UNITED STATES OF AMERICA,**

      **Defendants.**

---

## STIPULATION EXTENDING PLAINTIFFS' RESPONSE
## TO DEFENDANT UNITED STATES OF AMERICA'S MOTION
## TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

---

On October 17, 2014, Defendant United States of America filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction [Document 52].  Plaintiffs have reached an agreement with counsel for Defendant United States of America to extend the deadline for Plaintiffs to respond to said Motion.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant United States of America, that the deadline for Plaintiffs to respond to Motion to Dismiss for Lack of Subject Matter Jurisdiction is extended to November 7, 2014.

Dated: October 30, 2014

---

Respectfully submitted,

**THE PERRIN LAW FIRM**

1322 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone:     (505) 989-8800
Facsimile:     (214) 646-6117
Email:         dougperrin@perrinlaw.org


*/s/Doug Perrin*
Doug Perrin
State Bar No. 15796520


**ATTORNEY FOR PLAINTIFFS**


**DAMON P. MARTINEZ**
**United States Attorney**

By: */s/Ruth F. Keegan*
     Ruth Fuess Keegan
     Assistant United States Attorney
     P.O. Box 607
     Albuquerque, New Mexico 87103
     Telephone:     (505) 224-1503
     Facsimile:     (505) 346-7205
     Email: Ruth.F.Keegan@usdoj.gov


**ATTORNEY FOR DEFENDANT UNITED**
**STATES OF AMERICA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court of New Mexico, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record to accept this Notice as service of this document by electronic means:

Remo Gay
Brown & Gay, P.C.
3810 Osuna Road NE, Ste. 1
Albuquerque, NM 87109
rgay@brownandgay.com

Ruth Fuess Keegan
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
Ruth.F.Keegan@usdoj.gov

*/s/Doug Perrin*
Doug Perrin