IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESSA JANETTE GALLEGOS, Individually and as
Personal Representative of the ESTATE OF
JOSEPH ORAN VAN WINKLE, Deceased;
and MARY ANN VAN WINKLE,

      Plaintiffs,

v.                                                                      No. CIV 13-1055 JB/KBM

MAUREEN WOOD, M.D.; and
MEDICAL DOCTOR ASSOCIATES, LLC,

      Defendants.

CONSOLIDATED WITH

TERESSA JANETTE GALLEGOS, Individually and as
Personal Representative of the ESTATE OF JOSEPH
ORAN VAN WINKLE, Deceased; and MARY ANN VAN WINKLE,

      Plaintiffs,

v.                                                                   No. CIV 15-187 SCY/KK

UNITED STATES OF AMERICA,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Joint Motion to Dismiss filed by Plaintiffs and Defendants, Maureen Wood, M.D., and Medical Doctor Associates, LLC, and the Court being otherwise fully advised in the premises;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiffs and Defendants, Maureen Wood, M.D., and Medical Doctor Associates, LLC, have settled their differences.

2. The above-captioned and numbered cause should be, and hereby is, dismissed with prejudice as against Defendants, Maureen Wood, M.D., and Medical Doctor Associates, LLC, with Plaintiffs and these Defendants to respectively bear any costs and attorney fees incurred by these parties.

3. The Perrin Law Firm shall maintain sufficient proceeds of settlement in trust until full and final satisfaction of any claim for subrogation or reimbursement from any party, specifically including without limitation the United States of America and any and all of its agencies, including the Veteran's Administration;

4. The Perrin Law Firm shall promptly advise counsel representing Defendants, Maureen Wood, M.D., and Medical Doctor Associates, LLC, when each such subrogation claim or claim for reimbursement is fully satisfied, and shall provide counsel for these settling Defendants with a suitable documentary form indicating full satisfaction of every such subrogation interest or claim for reimbursement from every such party making claim for subrogation or for reimbursement.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

THE PERRIN LAW FIRM

By: *Telephonically Approved – 5/3/17*
　　Doug Perrin
　　*Attorney for Plaintiffs*
　　1322 Paseo de Peralta
　　Santa Fe, NM 87501
　　(505) 989-8800
　　(214) 646-6117 (facsimile)
　　dougperrin@perrinlaw.org

REMO E. GAY & ASSOCIATES, P.C.


By: */s/ Remo E. Gay*
    Remo E. Gay
    Brendan O'Reilly
    *Attorneys for Defendants Maureen Wood, M.D.*
    *And Medical Doctor Associates, LLC*
    3810 Osuna Rd NE, Suite 1
    Albuquerque, New Mexico  87109
    (505) 842-5715
    (505) 842-5713 (facsimile)


By: *Electronically Approved – 5/17/17*
    Ruth F. Keegan
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM 87103
    (505) 224-1503
    (505) 346-7205 (facsimile)
    Ruth.F.Keegan@usdoj.gov